FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 MAR -1  PM 4:36

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INFORMATION NO. |
| ) | |
| v.  ) | 18 U.S.C. § 371 |
| ) | Conspiracy |
| BEN DUKES, ) | |
| a/k/a "POPS"  ) | |

CR518  003

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
*Conspiracy*
18 U.S.C. § 371

1.  Between on or about August of 2016 to on or about August of 2017, in Ware County, and surrounding counties, within the Southern District of Georgia, and elsewhere, the defendant, **BEN DUKES a/k/a "POPS,"** aided and abetted by others, did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown, to commit an offense against the United States, specifically, to possess quantities of cocaine and quantities of cocaine base ("crack") with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1).

### OVERT ACTS

2.  In furtherance of the conspiracy and to effect the objects thereof, the following overt acts, among others, were committed in the Southern District of Georgia and elsewhere:

a) On or about May 7, 2017, **BEN DUKES, s/k/a "POPS,"** did knowingly and intentionally possess with intent to distribute quantities of a mixture or substance containing a detectable amount of cocaine base ("crack,") a Schedule II controlled substance.

b) Beginning at a time unknown but until on or about May 7, 2017, **BEN DUKES, a/k/a "POPS,"** did knowingly possess firearms, to wit: a Ruger .22 caliber rifle, a Beretta 6.35mm pistol, and a Davis Industries .32 caliber pistol, in furtherance of drug trafficking crimes.

c) Beginning on a date at least as early as August 1, 2016, through on or about May 7, 2017, the precise dates being unknown, **BEN DUKES, a/k/a "POPS,"** aided and abetted by others both known and unknown, did unlawfully and knowingly use and maintain a place located at 1217 Tebeau Street, Waycross, Georgia, for the purpose of distributing controlled substances.

d) On or about April 24, 2017, **BEN DUKES, a/k/a "POPS,"** discussed the distribution and sale of 4 ounces of cocaine with Cedric King on the telephone.

All done in violation of Title 18, United States Code, Section 371.

## FORFEITURE ALLEGATIONS

The allegations contained in Count One of this Information are hereby incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 924(d) and 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count One of this Information, Defendant **BEN DUKES, a/k/a "POPS,"** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including but not limited to:

   i. One Davis Industries Model P32 .32 caliber handgun, serial number P078702

   ii. One Beretta Model 950B 6.35 caliber handgun, serial number B68724

   iii. One Ruger 10/22 carbine rifle, serial number 113-18435

   iv. Assorted ammunition

Upon conviction of the offense set forth in Count One of this Information, Defendant **BEN DUKES, a/k/a "POPS,"** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, including but not limited to $1,290.00 in United States Currency.

_____  
Bobby L. Christine  
United States Attorney

_____  
Brian T. Rafferty  
Assistant United States Attorney

_____  
Jennifer Kirkland  
Assistant United States Attorney

_____  
Marcela C. Mateo  
Assistant United States Attorney